# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION


SANDRA QUEEN "GIVE ME BACK
MY KIDS" NOBLE,

        Plaintiff

     v.                        C-1-11-536

STOLEN UNITED STATES OF AMERICA,
*et al.,*

        Defendants


## ORDER

    This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 4) to which no one has objected.

    Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 4) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Plaintiff's Complain t (doc. no. 3) is **DISM ISSED WITH PREJUDICE**.

The Court certifies pursuant t o 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of any Order adopting this R eport and Recommendation would not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

This case is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

s/Herman J. Weber
**Herman J. Weber, Senior Judge**
**United States District Court**